**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Dain Rauscher, Inc.,

Plaintiff,

v.

Qumram, Inc., John Baulian,
Sinesio Jesus Pasarin Diaz,
Cornelia Beens, Tempel Int'l. Corp.,
Baracuda Economical Resource,
Frunzik Galstyan and Does 1-100,

Defendants.

Civil No. 01-99 RHK/JMM
**ORDER**

---

James K. Langdon, II and Mitchell W. Granberg, Dorsey & Whitney, Minneapolis, Minnesota, for Plaintiff.

Gary Hansen, Oppenheimer Wolff & Donnelly, Minneapolis, Minnesota, for Defendant John Baulian.

---

For the reasons stated on the record, Plaintiff's Motion for a Temporary Restraining Order (Doc. No. 2) is **DENIED WITHOUT PREJUDICE**.

Dated: January 23, 2001

RICHARD H. KYLE
United States District Judge



FILED JAN 23 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK