UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DAIN RAUSCHER, INC.,

Plaintiff,

v.

QUMRAM, INC., et al.,

Defendants.

CIVIL NO. 01-99 (RHK)

ORDER OF RECUSAL

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

Dated: January 23, 2001

JOHN M. MASON
United States Magistrate Judge

Filed JAN 23 2001
Francis E. Dosal, Clerk
Judgment Entered __________
Deputy Clerk's Initials __________

Dain Rauscher, Inc.

vs. 01-99RHK/FLN

Qumram, Inc., et al

Magistrate Judge Mason has recused himself from the above-entitled matter and it has been reassigned to Judge Franklin L. Noel. Please refer to the above civil action number when submitting future documents to the court regarding this action.