UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Dain Rauscher Incorporated,

Plaintiff,

vs.

Qumram Inc., John Baulian, Cornelia Beens, Tempel Int'l Corp., Baracuda Economical Resrouce, Frunzik Galstyan, Sinesio Jesus Pasarin Diaz, Eastover Ltd., Marlene Oilgisser, Haresh Patel, Anastasias Drivas and Does 1-100,

Defendants,

and

Sinesio Jesus Pasarin Diaz,

Counterclaim Plaintiff

vs.

Jon Kappes,

Additional Counterclaim Defendant.

Case No. 01 CV 99 RHK/FLN

**ORDER**

BASED UPON THE FOREGOING STIPULATION, an Order is entered and good cause shown by the parties hereto, through their respective counsel, that the time for Defendant Jon Kappes, to answer or otherwise respond to Sinesio Jesus Pasarin Diaz's Counterclaims in this matter is extended until **June 20, 2001**.

IT IS SO ORDERED.

Dated: May 29, 2001

Franklin L. Noel
Franklin L. Noel, Chief Magistrate Judge
United States District Court

FILED MAY 29 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________