UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dain Rauscher Incorporated,

Plaintiff,

vs.

Qumram Inc.,
John Baulian,
Cornelia Beens,
Tempel Int'l Corp.,
Baracuda Economical Resource,
Frunzik Galstyan, Sinesio Jesus Pasarin Diaz,
Eastover Ltd., Marlene Oilgisser,
Haresh Patel, Anastasias Drivas
and Does 1-100

Defendants.

and

Sinesio Jesus Pasarin Diaz,

Counterclaim Plaintiff

v.

Jon Kappes,

Additional Counterclaim Defendant.

**Case No. 01 CV 99 RHK/JMM**

**STIPULATION AND ORDER EXTENDING TIMES TO RESPOND TO COUNTERCLAIMS OF DEFENDANT SINESIO JESUS PASARIN DIAZ**

Plaintiff Dain Rauscher Incorporated and Defendant Sinesio Jesus Pasarin Diaz, hereby agree and stipulate that the deadline for Plaintiff to answer, move, or otherwise respond to the Counterclaims of Defendant Sinesio Jesus Pasarin Diaz is extended. Plaintiff shall answer, move,

MAY 29 2001
FILED ____
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

or otherwise respond to the Counterclaims of Defendant Sinesio Jesus Pasarin Diaz on or before June 15, 2001.

Plaintiff Dain Rauscher Incorporated and Defendant Sinesio Jesus Pasarin Diaz hereby further agree and stipulate that the deadline for Defendant Pasarin Diaz to respond to Plaintiff's discovery is hereby extended. Defendant Pasarin Diaz shall respond to the discovery requests from Plaintiff on or before June 15, 2001.

DORSEY & WHITNEY LLP

By______________________________

Richard B. Solum (#103287)
James K. Langdon II (#171931)
Mitchell Granberg (#0285687)
220 South Sixth Street
Minneapolis, Minnesota 55402-1498
(612) 340-2600

DATED: 5/24, 2001

Attorneys for Plaintiff
Dain Rauscher Incorporated

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By______________________________

James R. Crassweller (#19690)
Kathy S. Kimmel (#268823)
333 South Seventh Street
Suite 2000
Minneapolis, Minnesota 55402
(612) 340-7961/ 340-8982

DATED: 5/23, 2001

Attorneys for Defendant and Counterclaim Plaintiff
Sinesio Jesus Pasarin Diaz

Pursuant to the Stipulation of the parties, **IT IS HEREBY ORDERED:**

Plaintiff Dain Rauscher Incorporated shall answer, move, or otherwise respond to the Counterclaims of Defendant Sinesio Jesus Pasarin Diaz on or before June 15, 2001.

Defendant Sinesio Jesus Pasarin Diaz shall respond to Plaintiff's discovery requests on or before June 15, 2001.

DATED: 5/29/01 By [signature]

Richard H. Kyle
Judge of United States District Court
For the District of Minnesota