UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dain Rauscher, Inc.,

Plaintiff,

v.

Qumram, Inc., et al.,

Defendants.

Civil No. 01-99 RHK/FLN

AMENDED
PRETRIAL SCHEDULE

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. Discovery/Non-Dispositive Motions:

a. All motions which seek to amend the pleadings or add parties must be served by August 1, 2001.

b. All discovery shall be commenced in time to be completed by May 1, 2002.

c. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before July 1, 2001.

d. No more than 25 interrogatories, including all discrete subparts, shall be served by any party.

e. No more than 20 non-expert depositions shall be taken by any party.

f. All nondispositive motions and supporting documents, including those which relate to discovery, shall be served by May 1, 2002. Nondispositive motions may be scheduled for hearing by calling Cathy Orlando, Calendar Clerk to

FILED JUN 01 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Chief Magistrate Judge Franklin L. Noel, 612-664-5110. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

2. Expert Disclosure and Discovery:

a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

1) By all parties on or before February 1, 2002, with respect to initial experts.

2) By all parties on or before March 15, 2002, with respect to rebuttal experts.

b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

1) By all parties on or before February 1, 2002, with respect to initial expert reports.

2) By all parties on or before March 15, 2002, with respect to rebuttal expert reports.

c. Each party may depose no more than 2 experts witnesses on or before May 1, 2002.

d. Any expert testimony which has not been fully disclosed in accordance with this schedule shall be excluded from evidence at trial.

3. Dispositive Motions:

a. All dispositive motions shall be filed and scheduled for hearing prior to July 1, 2002.

b. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Deborah Siebrecht at 651-848-1166.

c. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E).

4. Trial:

   a. This case shall be ready for trial on and after September 1, 2002, at which time it will be placed on the court's jury trial calendar.

   b. Estimated length of trial is unknown at this time.

DATED: June 1, 2001.

FRANKLIN L. NOEL
Chief Magistrate Judge