**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Case No. 01 CV 99 (RHK/~~JMM~~)** FLN

---

Dain Rauscher Incorporated

Plaintiff, **STIPULATION**

vs.

Qumram Inc., John Baulian
Cornelia Beens, Tempel Int'l Corp.,
Baracuda Economical Resource,
Frunzik Galstyan, Sinesio Jesus Pasarin Diaz,
Eastover Ltd., Marlene Oilgisser,
Haresh Patel, Anastasias Drivas
And Does 1-100,

Defendants,

and

Sinesio Jesus Pasarin Diaz,

Counterclaim Plaintiff,

vs.

Jon Kappes,

Additional Counterclaim Defendant.

---

**WHEREAS,** Eastover, Ltd., 2727 Southwest 22nd Avenue, Coconut Grove, Florida 33133 ("Eastover") was served a Summons and Amended Complaint in the above-referenced case on or about March 8, 2001;

**WHEREAS,** Anastasios Drivas, 4746 – 49th Street, Woodside, New York 11137 ("Drivas") was served a Summons and Amended Complaint in the above-referenced case on or about March 8, 2001;

JUL 24 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**WHEREAS,** Marlene Oilgisser, 11 Gatewood Court, Richmond Hill, Ontario L4B 2L6 ("Oilgisser") was served a Summons and Amended Complaint in the above-referenced case on or about March 8, 2001;

**WHEREAS,** Plaintiff served Plaintiff's First Set of Interrogatories and First Request for Production of Documents on Eastover, Drivas, and Oilgisser, respectively, by letter dated April 20, 2001;

**WHEREAS,** on May 30, 2001, James McDonald, 17a St. John Street, Stirling, Scotland on behalf of Haresh Patel, Blue Bell Close 19, LE9 2AW, Leicester, London England ("Patel"), Abingbury Investments Limited, Rm. 902-905, 9/FL., Harcourt House, 39 Gloucester Road, Wanchai, Hong Kong ("Abingbury"), JMD International, 9300 Georgia Avenue, Suite 209, Silverspring, MD 20910 ("JMD"), and Fard International Trading Limited, Suite 610 – The big Peg. 120 Vyse Street, Hockley, Birmingham B18 6NF Great Britian, accepted service of the Summons and Amended Complaint in the above-referenced case;

**WHEREAS,** on May 10, 2001, James McDonald filed a "Response" in the above-referenced case on behalf of Oilgesser, Patel, Drivas, Eastover, JMD, and Abingbury;

**WHEREAS,** James Brian Sheehy, Sheehy Law Office, Barristers Trust Building, 247 Third Avenue South, Minneapolis, Minnesota 55415 has been retained by Oilgesser, Patel, Drivas, Eastover, JMD, Abingbury, and Fard, and attended the pretrial conference on May 30, 2001 and thereafter filed a Notice of Appearance on or about June 1, 2001;

**WHEREAS,** Plaintiff served Plaintiff's First Set of Interrogatories and First Request for Production of Documents on Abingbury, Fard, JMD, and Patel, respectively, by letter dated June 5, 2001;

**WHEREAS,** on behalf of Oilgesser, Patel, Drivas, Eastover, JMD, Abingbury, and Fard, attorney James Sheehy has requested additional time to answer the Complaint, and assert Counterclaims and Crossclaims, and provide Rule 26(a)(1) Disclosures and provide Answers to Plaintiff's First Set of Interrogatories and Responses to Plaintiff's First Set of Document Requests;

**NOW, THEREFORE,** the parties hereby stipulate as follows:

1. Oilgesser, Patel, Drivas, Eastover, JMD, Abingbury, and Fard shall have until July 18, 2001 to Answer the Complaint, and assert Counterclaims and Crossclaims; and

2. Oilgesser, Patel, Drivas, Eastover, JMD, Abingbury, and Fard shall have until July 18, 2001 to provide Rule 26(a)(1) Disclosures, and provide Reponses to Plaintiff's Document Requests and Answers to Plaintiff's Interrogatories.

**SHEEHY LAW OFFICE**

Dated: 7/13/01

James Brian Sheehy (#200888)
Barristers Trust Building
247 Third Avenue South
Minneapolis, MN 55415
Telephone (612) 341-1011

Attorney for Eastover Ltd., Marlene Oilgisser, Haresh Patel, Anastasios Drivas, Abingbury Investments Limited, JMD International and Fard International Trading Limited

Dated: 7/13/01

**DORSEY & WHITNEY LLP**

Richard B. Solum (#103287)
James K. Langdon, II (#171931)
Mitchell Granberg (#0285687)
Dorsey & Whitney
220 South Sixth Street
Suite 1300
Minneapolis, MN 55415
Telephone (612) 340-2600

Attorneys for Plaintiff Dain Rauscher Incorporated

Dated: 7/13/01

**RIDER, BENNETT, EGAN & ARUNDEL, LLP**

James R. Crassweller (#19690)
Kathy S. Kimmel (#268823)
Rider, Bennett, Egan & Arundel, LLP
Suite 2000
333 South Seventh Street
Minneapolis, MN 55402
Telephone (612) 340-7961/340-8982

Attorneys for Sinesio Jesus Pasarin Diaz

Dated: 7/13/01

**GREENE ESPEL, P.L.L.P.**

Nancy E. Brasel (#189261)
Andrew M. Luger (#189261)
Sarah L. Brew (#209958)
Greene Espel, P.L.L.P.
333 South Seventh Avenue
Suite 1700
Minneapolis, MN 55402
Telephone (612) 373-0830

Attorneys for Jon Kappes



SO ORDERED:

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500