UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Dain Rauscher Incorporated,<br><br>Plaintiff,<br><br>vs.<br><br>Qumran Inc.,<br>John Baulian,<br>Cornelia Beens,<br>Tempel Int'l Corp.,<br>Baracuda Economical Resource,<br>Frunzik Galstyan, Sinesio Jesus Pasarin Diaz,<br>Eastover Ltd., Marlene Oilgisser,<br>Haresh Patel, Anastasias Drivas,<br>and Does 1-10<br><br>Defendants,<br><br>and<br><br>Sinesio Jesus Pasarin Diaz,<br>Eastover Ltd., Marlene Oilgisser,<br>Haresh Patel, Anastasias Drivas,<br>Abingbury Investments Limited,<br>JMD International and Fard International<br>Trading Limited,<br><br>Counterclaim Plaintiffs,<br><br>vs.<br><br>Jon Kappes,<br><br>Additional Counterclaim<br>Defendant. | Civil File No. 01 CV 99 RHK/FLN<br><br>**STIPULATION AND ORDER TO AMEND AMENDED COMPLAINT FOR INTERPLEADER**<br>**(Fed. R. Civ. P. 22(1))** |

Plaintiff Dain Rauscher Incorporated, Defendant and Counterclaim Plaintiff Sinesio Jesus Pasarin Diaz, Defendants and Counterclaim Plaintiffs Eastover Ltd., Marlene Oilgisser, Haresh Patel, and Anastasias Drivas, Counterclaim Plaintiffs Abingbury Investments Limited, JMD

FILED AUG 1 7 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

International and Fard International Trading Limited, and Counterclaim Defendant Jon Kappes, hereby agree and stipulate that Plaintiff Dain Rauscher Incorporated may amend its Amended Complaint for Interpleader and file its Second Amended Complaint for Interpleader on or before August 27, 2001.

Dated: August 14, 2001

DORSEY & WHITNEY LLP

By________________

Richard B. Solum (#103287)
James K. Langdon II (#171931)
Mitchell W. Granberg (#0285687)
220 South Sixth Street
Minneapolis, MN 55402-1498
(612) 340-2600

Attorneys for Plaintiff
Dain Rauscher Incorporated

Dated: August 13, 2001

RIDER, BENNETT, EGAN & ARUNDEL

By________________

James R. Crassweller, Esq. (#19690)
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402

Attorneys for Defendant
Sinesio Jesus Pasarin Diaz

Dated: August 14, 2001

SHEEHY LAW OFFICE

By________________

James B. Sheehy (#200888)
247 Third Avenue South
Minneapolis, MN 55415

Attorneys for Defendants Eastover Ltd., Marlene Oilgisser, Anastasia Drivas, Haresh Patel, Abingbury Investments Limited, JMD International, and Fard International Trading Ltd.

Dated: August ___, 2001

GREENE ESPEL, P.L.L.P.

By [signature]
Andrew M. Luger (#189261)
Nancy E. Brasel (#266851)
333 South 7th Street, Suite 1700
Minneapolis, MN 55402

Attorneys for Counterclaim Defendant
Jon Kappes

Pursuant to the Stipulation of the parties, **IT IS HEREBY ORDERED**:

Plaintiff Dain Rauscher Incorporated may amend its Amended Complaint for Interpleader and may file its proposed Second Amended Complaint for Interpleader on before August 27, 2001.

Dated: August 17, 2001

[signature]
Franklin L. Noel
United States Magistrate Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500