UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dain Rauscher, Inc.,

Plaintiff,

v.

Qumram, Inc., et al.,

Defendants.

Civil No. 01-99 RHK/FLN

ORDER

---

James K. Langdon, II and Nancy Brazel for Dain Rauscher.
James R. Crassweller, James B. Sheehy, for Defendants

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on November 13, 2001, Motion of Counsel (James B. Sheehy) for Marlene Oilgisser, Haresh Patel, Anastasias Drivas, Eastover Ltd., Abingbury Investments, JMD Int'l and Fard Int'l Trading to Withdraw as Counsel for Defendants [#59].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that: Motion of Counsel (James B. Sheehy) for Marlene Oilgisser, Haresh Patel, Anastasias Drivas, Eastover Ltd., Abingbury Investments, JMD Int'l and Fard Int'l Trading to Withdraw as Counsel for Defendants [#59] is **GRANTED** as follows:

1. All Defendants previously represented by Mr. Sheehy must enter new appearance by counsel on or before January 1, 2002.

2. In the absence of new appearance by the above mentioned date all corporate entities shall be declared in default, and all individuals shall presumed to be appearing pro se, thereby attaching forthwith the obligations to comply with the deadlines of this action and rules of this Court.



FILED NOV 2_ 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

DATED: Nov. 21, 2001.

Franklin L. Noel

FRANKLIN L. NOEL
Chief Magistrate Judge