**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Dain Rauscher, Inc.,

Plaintiff,

v.

Qumram, Inc., et al.,

Defendants.

Civil No. 01-99 (RHK/FLN)

**ORDER**

---

The attached letter from counsel is referred to Chief Magistrate Judge Franklin L. Noel for disposition.

Dated: January 14, 2002

RICHARD H. KYLE
United States District Judge

JAN 14 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**RICHARD I. DIAMOND, P.A.**
**ATTORNEYS AT LAW**

**Richard I. Diamond**
601 Carlson Parkway
Suite 1050
Minnetonka, MN 55305

Telephone (952) 449-5239
Fax (763) 595-0794
Email lawcrosdik@aol.com

RECEIVED
JAN 10 2001
U.S. DISTRICT COURT
R.H.K.

January 9, 2002

Franklin I. Noel
Chief Magistrate Judge
U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re: Dain Rauscher, Inc., vs. Qumram, Inc., et al.,
Court File No. 01-CV-99 (RHK/FLN)

Dear Chief Magistrate Judge Noel:

Pursuant to your Order dated November 21, 2001, I have recently entered a Notice of Appearance of Counsel for JMD International and Abingbury Investment, Ltd. In addition, George Dunn of Tilton & Rosenbaum has recently appeared on behalf of several other Defendants and Counterclaim Plaintiffs. On behalf of my clients and the remaining Defendants and Counterclaim Plaintiffs, which include those parties represented by Dunn and by James Crassweller of Rider, Bennett, and pursuant to Rule 16(a) of the Federal Rules of Civil Procedure, we hereby jointly request a conference be scheduled before you to discuss the following matters:

1. Providing appropriate extensions and enlargement of time for the deadlines currently contained in your Amended Pretrial Schedule of June 1, 2001;

2. Bifurcating the discovery and trial of the interpleader action from the discovery and trial of the counter-claims in this matter; and

3. Any other matter that may appropriately come before you.

Thank you for your assistance.

Very truly yours,

Richard I. Diamond

cc: Counsel of Record