Recpt # 255498

# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** CV 01-99 RHK/FLN **Case Title:** Dain Rauscher, Inc. v. Quamran, Inc. et al.

**Affidavit of Movant**

I, John C. James, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Hassan A. Abbas, an attorney admitted to practice in the Northern District of Illinois, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (x)defendant Galstyan/United* in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Signature: [signature] MN Attorney License # 202599 Date 3/14/02

*United Bank Open Joint Stock Company

**Affidavit of Proposed Admittee**

I, Hassan A. Abbas, am currently a member in good standing of the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Type/Print Name: Hassan A. Abbas Signature: [signature] Date: March. 4. 2002

Attorney License Number: 06206474 State of Illinois (Admitted 11/91)

Law Firm Name & Address: Hassan A. Abbas

Hoveniersstraat 2, Suite 232 - Box 344

B-2018 Antwerpen, Belgium

Telephone: (011) 323-233-3910

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk mmc

MAR 15 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

(Prohacvice.wpd) (9/01)

FILED MAR 15 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______