THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

Dain Rauscher Incorporated,

Plaintiff,

vs.

Qumran, Inc.
John Baulian
Cornelia Beens,
Tempel Int'l Corp.
Baracuda Economical Resource,
Frunzik Galstyan,
Sinesio Jesus Pasarin Dias
Eastover Ltd., Marlene Oilgisser
Haresh Patel, Anastasios Drivas,
Abingbury Investments Limited,
JMD International,
Fard International Trading Limited,
United Bank Open Joint-Stock Company,
and Does 1-10,

Defendants,

**CONFIDENTIALITY STIPULATION AND AGREED ORDER**

And

Court File No. 01 CV 99 RHK/JMM

Sinesio Jesus Pasarin Diaz,
Eastover Ltd., Marlene Oilgisser,
Haresh Patel, Anastasios Drivas,
Abingbury Investment Limited,
JMD International, and
Fard International Trading Limited,

Counterclaim Plaintiffs

vs.

Jon Kappes,

Additional Counterclaim Defendant.

---

The parties hereto, through their respective counsel, hereby stipulate and agree that the following Order may be entered in this matter.

775520-1

FILED APR 0 4 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

1. This Confidentiality Stipulation and Agreed Order (hereinafter "Order") is intended to govern the treatment of all information and documents produced to opposing parties in the pretrial period of this litigation. This Order also establishes a method of protecting information and documents within the scope of Rule 26(c)(7) of the Federal Rules of Civil Procedure. This Order shall remain in full force and effect until modified, superseded, or terminated on the record by agreement of the parties hereto, or by order of the Court.

2. All documents and information produced to any opposing party in the pretrial period of this litigation shall be used only for the purpose of litigation with respect to the above-captioned matter and not for any other purpose whatsoever, including, without limitation, any business, commercial or public purpose.

3. Prior to production or disclosure of any document or information that the parties hereto believe contains information within the scope of Rule 26(c)(7) of the Federal Rules of Civil Procedure, counsel for the respective parties shall clearly designate such information as "confidential." When confidential information is disclosed orally, counsel may designate such information as confidential on the record or upon request within thirty (30) days after receipt of the deposition transcript. When confidential information is disclosed in documents or other things produced to the opposing party, the parties shall clearly mark such document or thing with the legend "CONFIDENTIAL." Such information and documents are hereinafter referred to as "confidential information and documents."

4. Except with the prior written consent of counsel for the party producing the information or document, information and documents produced in this litigation, or any information contained therein, cannot be disclosed to any person other than:

a. counsel for a party to this action;

b. employees or agents of such counsel who are assisting such counsel who are assisting such counsel in the preparation and trial of such action;

c. a party and employees or agents of a party who need to know information or view the documents for purposes of this litigation;

d. outside consultants and experts, and their employees or agents, retained by such counsel for the purpose or assisting in the preparation and trial of this litigation; and

e. a court reporter attending or transcribing a deposition or other oral hearing.

5. On final determination of this litigation, each party shall assemble and destroy, or return to the originating source, if requested, all materials and documents which had been produced.

6. The parties agree that production by them of documents or information received from their attorneys providing advice regarding the various business transactions between the parties or others will not, and does not, constitute a waiver of any privilege, including the attorney/client privilege. The parties agree that in the event they produce otherwise privileged documents or information any privilege for withheld, privileged documents will not be waived. The parties are not precluded from asserting any position or from making any argument regarding the propriety of discovery requests, adequacy of discovery responses or validity of objections to discovery requests.

7. The parties do not intend hereby to allow for or sanction the offensive disclosure of privileged documents. If the court determines, upon notice and motion, that a disclosed document would, in fairness, require production of withheld documents prior to use at trial, the disclosing party shall either certify that the document will not be used at trial for any purpose or disclose the additional documents as determined by the court.

8. This Order may be amended without leave of the court by the agreement of counsel for the parties in the form of a Stipulation that shall be filed in this case. In the event

the parties cannot agree as to any change or amendment in this Order, then either party may move the court, at any time, upon appropriate notice, to amend this Order.

DATED: 12-27-01

DORSEY & WHITNEY LLP

By: ______________________
James K. Langdon II (266851)
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55401-1498
(612) 340-2600

Attorney for Plaintiff

DATED: 12-31-01

GREENE ESPEL

By: ______________________
Nancy Brasel (268551)
333 South Seventh Street, Suite 1700
Minneapolis, MN 55401
(612) 373-8345

Attorney for Additional Counterclaim Defendant, Jon Kappes

DATED: 12/10/01

RIDER BENNETT EGAN & ARUNDEL PA

By: ______________________
James R. Crassweller (19690)
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402
(612) 340-7951

Attorney for Defendant and Counterclaim Plaintiff, Jesus Pasarin Diaz

DATED: 1/07/02

TILTON & ROSENBAUM P.L.L.P.

By: ______________________
George R. Dunn (188165)
2220 Firstar Center
101 East Fifth Street
St. Paul, MN 55101-1808
(651) 224-7687

Attorney for Defendants and Counterclaim Plaintiffs Eastover, Oilgisser, Patel and Drivas

DATED: March 22, 2002

By: ______________________
John James
4910 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Attorney for Defendant Frunzik Galstvan and United Bank of Open Joint-Stock Company

DATED: 1/7/02

RICHARD I. DIAMOND P.A.

By: ______________________
Richard I. Diamond (22585)
601 Carlson Parkway
Suite 1050
Minnetonka, MN 55305
(952) 449-5239

Attorney for Defendants and Counterclaim Plaintiffs JMD International and Abingbury Investment Limited

ORDER

The foregoing Confidentiality Stipulation and Agreed Order is hereby approved as an Order of this court.

Dated: April 3, 2002

BY THE COURT:

Franklin L. Noel

Franklin L. Noel, Chief Magistrate Judge
United States District Court

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
OFFICE OF THE CLERK

316 N. ROBERT ST., RM. 700
ST. PAUL, MN 55101

300 S. FOURTH ST., RM 202
MINNEAPOLIS, MN 55415

417 FEDERAL BLDG, 515 W. FIRST ST.
DULUTH, MN 55802

# Clerk's Notice In Re: Protective Order

---

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing **confidential original** documents with the Clerk of U.S. District Court. Failure to do so will cause the documents to be returned.

*Guidelines for filing with the Clerk:*

A. Documents are to be **sealed** (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 *(LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 1/2 x 11 inch white paper...flat and unfolded. this rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)*

B. Each envelope must list the following information, and each document is to be in a separate envelope.

- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents.
- The word "**SEALED**" or "**CONFIDENTIAL**"

***Guidelines for filing with a U.S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U.S. District Judge or U.S. Magistrate Judge are to be marked accordingly and bound together as a set.