UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Dain Rauscher, Inc.,

Plaintiff

v.

Qumran, Inc., John Baulian,
Sinesio Jesus Pasarin Diaz,
Cornelia Beens, Tempel Int'l Corp,
Baracuda Economical Resource,
Frunzik Galstyan, Eastover Ltd.,
Marlene Oilgisser, Haresh Patel,
Anastasias Drivas, Abingbury
Investment Ltd., JMD International,
Fard International Trading Limited,
United Bank Open Joint-Stock Company,
and Does 1-100,

Defendants.

and

Sinesio Jesus Pasarin Diaz,
Eastover, Ltd., Marlene Oligisser,
Haresh Patel, Anastasios Drivas,
Abingbury Investments Limited,
JMD International and Fard International
Trading, Limited,

Counterclaim Plaintiffs,

and

Jon Kappes,

Additional Counterclaim Defendant

Civil 01-99 RHK/FLN

**ORDER**

Upon the Stipulation To Consent To Magistrate filed herewith, and upon the Affidavit of John C. James and files and records,

**IT IS HEREBY ORDERED** that:

1. Chief Magistrate Judge Franklin L. Noel may hear and decide the pending motions of

APR 26 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Defendants Frunzik Galstyan and United Bank Open Joint Stock Company per the consent and stipulation of the parties pursuant to 28 U.S.C. 636.

BY THE COURT:

dated: April 26, 2002

RICHARD H. KYLE
United States District Court Judge
District of Minnesota