UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Dain Rauscher Incorporated, Civil File No. 01 CV 99 (RHK/FLN)

Plaintiff,

v.

Qumram, Inc., John Baulian, Cornelia Beens, Tempel Int'l Corp., Baracuda Economical Resource, Frunzik Galstyan, Sinesio Jesus Pasarin Diaz, Eastover Ltd., Marlene Oilgisser, Haresh Patel, Anastasios Drivas, Abingbury Investments Limited, JMD International, Fard International Trading Limited, United Bank Open Joint-Stock Company, and Does 1-10,

**ORDER**

Defendants,

and

Sinesio Jesus Pasarin Diaz, Eastover Ltd., Marlene Oilgisser, Haresh Patel, Anastasios Drivas, Abingbury Investments Limited, JMD International and Fard International Trading Limited,

Counterclaim Plaintiffs,

vs.

Jon Kappes,

Additional Counterclaim Defendant.

---

FILED MAY 10 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD MAY 10 2002
DEPUTY CLERK

The above-captioned action came before this Court pursuant to Plaintiff's Motion for Default Judgment. Based upon the arguments of counsel and upon all of the files, records and proceedings:

**IT IS ORDERED** that Plaintiff Dain Rauscher Inc.'s ("Dain Rauscher") Motion for Default Judgment against Defendant Fard International Trading Limited be and hereby is **GRANTED**, and that:

1. Defendant Fard International Trading Limited shall have no rights to the Remaining Qumran Proceeds, and Dain Rauscher is discharged from all liability related to the Remaining Qumran Proceeds as regards any claim to any portion of those funds by Defendant Fard International Trading Limited.

2. The claims, cross-claims, and counterclaims of Defendant Fard International Trading Limited are dismissed with prejudice in their entirety as to all parties.

3. Dain Rauscher is awarded costs and disbursements of $50 against Fard International Trading Limited for the filing fee and for costs of service.

4. This Order is not effected until served upon Fard International Trading Limited and proof of service is filed with the Court.

**IT IS ALSO ORDERED** that the Clerk of Court be and hereby is directed to enter **JUDGMENT** in favor of Dain Rauscher and against Defendant Fard International Trading Limited.

Dated: 5/10, 2002

RICHARD H. KYLE
U.S. District Judge
District of Minnesota