UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dain Rauscher, Inc., Civil 01-99 JEL/JGL

Plaintiff,

v. O R D E R

Qumram, Inc.; John Baulian;
Sinesio Jesus Pasarin Diaz;
Cornelia Beens; Tempel Int'l Corp.;
Baracuda Economical Resource;
Frunzik Galstyan; Eastover Ltd.;
Marlene Oilgisser; Haresh Patel;
Anastasias Drivas; Abingbury
Investment Ltd.; JMD International;
Fard International Trading Limited;
DeVerney Brook Taylor, Jon Kappes,

Defendants.

---

IT IS HEREBY ORDERED that:

1. The parties shall agree on a mediator on or before July 1, 2002.

2. The parties shall schedule and hold necessary mediation sessions on or before September 1, 2002.

3. Mediation shall proceed upon the assumption that Plaintiff will be successful in obtaining default judgments against all non-responding parties; in the event such judgements are not entered, any party would then be free to change its settlement position accordingly.

4. If the case has not settled by October 1, 2002, the parties shall on that day: a) notify the then assigned Magistrate Judge; b) request a case management conference; c) submit to the Court the report contemplated by Fed.R.Civ.P. 26(f).



FILED 6-27-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DATED: June 27 2002.

FRANKLIN L. NOEL
[redacted] Magistrate Judge