UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dain Rauscher Incorporated,

Plaintiffs,

v.

Qumram Inc., John Baulian, Cornelia Beens, Tempel Int'l Corp., Baracuda Economical Resource, Frunzik Galstyan, Sinesio Jesus Pasarin Diaz, Eastover Ltd., Marlene Oilgisser, Haresh Patel, Anastasios Drivas, Abingbury Investments Limited, JMD International, Fard International Trading Limited, United Bank Open Joint-Stock Company, and Does 1-10,

Defendants,

and

Sinesio Jesus Pasarin Diaz, Eastover Ltd., Marlene Oilgisser, Haresh Patel, Anastasios Drivas, Abingbury Investments Limited, JMD International and Fard International Trading Limited,

Counterclaim Plaintiffs,

vs.

Jon Kappes,

Additional Counterclaim Defendant.

Civil File No. 01 CV 99 JEL/JGL

**STIPULATION**

The parties above named, through their undersigned counsel, hereby stipulate that the mediation shall take place on September 5-6, 2002 and that the Magistrate Judge's

FILED ____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

Order of June 27, 2002, may be modified to allow the mediation to occur on those dates.

Dated: July 1, 2002, 2002

DORSEY & WHITNEY LLP

By James K. Langdon II

James K. Langdon II (#171931)
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-8759

ATTORNEYS FOR PLAINTIFF
DAIN RAUSCHER INCORPORATED

Dated: July ?, 2002

RIDER BENNETT EGAN &
ARUNDEL

By

James R. Crassweller (#19690)
Suite 2000
333 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 340-7951

ATTORNEY FOR DEFENDANT AND
COUNTERCLAIM PLAINTIFF
SINESIO JESUS PASARIN DIAZ

Dated: 7/8, 2002

TILTON & ROSENBAUM

By ______________________

George R. Dunn (#188165)
2220 US Bank Center
101 East Fifth Street
St. Paul, MN 55101-1808
Telephone: (651) 224-7687

ATTORNEY FOR DEFENDANTS AND COUNTERCLAIM PLAINTIFFS EASTOVER, LTD., MARLENE OILGISSER, HARESH PATEL, AND ANASTASIOS DRIVAS

Dated: 7/10, 2002

RICHARD I. DIAMOND, P.A.

By ______________________

Richard I. Diamond (#22585)
Suite 1050
601 Carlson Parkway
Minnetonka, MN 55305
Telephone: (952) 449-5239

ATTORNEY FOR DEFENDANTS AND COUNTERCLAIM PLAINTIFFS ABINGBURY INVESTMENTS LIMITED AND JMD INTERNATIONAL

Dated: 7/11, 2002

GREEN ESPEL, P.L.L.P.

By _______________
Sarah L. Brew (#209958)
Suite 1700
333 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 373-0830

ATTORNEY FOR ADDITIONAL COUNTERCLAIM DEFENDANT JON KAPPES

**ORDER**

IT IS SO ORDERED.

Dated: 7/16, 2002

BY THE COURT:

_______________