UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-99 (JEL/JGL)

| | | |
|---|---|---|
| Dain Rauscher, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Qumram, Inc., John Baulian, Sinesio Jesus Pasarin Diaz, Cornelia Beens, Tempel Int'l Corp., Baracuda Economical Resource, Frunzik Galstyan, Eastover Ltd., Marlene Oilgisser, Haresh Patel, Anastasias Drivas, Abingbury Investment, Ltd., JMD International, Fard International Trading Limited, United Bank Open Joint-Stock Company, and Docs 1-10,<br><br>Defendants,<br>and<br><br>Sinesio Jesus Pasarin Diaz, Eastover Ltd., Marlene Oilgisser, Haresh Patel, Anastasias Drivas, Abingbury Investment, Ltd., JMD International, and Fard International Trading Limited,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>Jon Kappes,<br><br>Additional Counterclaim Defendant. | ) | ORDER |

The Honorable Franklin L. Noel, United States Magistrate Judge, issued a Report and Recommendation on July 1, 2002. No objection to the Report and Recommendation has been filed.

FILED AUG 2 3 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED ____
DEPUTY CLERK'S INITIALS ____

The Court has conducted a de novo review of the record. Based on that review, the Court adopts the Magistrate's Report and Recommendation. Therefore, IT IS ORDERED THAT:

1. Defendants Frunzik Galstyan and United Bank Open Joint-Stock's motion to dismiss the action or the crossclaims, or to dismiss both or either of the Defendants, or in the alternative to stay the action, and to compel arbitration [Docket No. 86] is DENIED in its entirety.

Dated: August 23, 2002

JOAN E. LANCASTER
United States District Judge