UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

JNE/JGL

Dain Rauscher, Inc., Civil 01-99 ~~RHK/FLN~~

Plaintiff

v.

Qumran, Inc., John Baulian,
Sinesio Jesus Pasarin Diaz,
Cornelia Beens, Tempel Int'l Corp,
Baracuda Economical Resource,
Frunzik Galstyan, Eastover Ltd.,
Marlene Oilgisser, Haresh Patel,
Anastasias Drivas, Abingbury
Investment Ltd., JMD International,
Fard International Trading Limited,
DeVerney Brook Taylor, Jon Kappes,
United Bank Open Joint-Stock Company,

Defendants.

And

Sinesio Jesus Pasarin Diaz,
Eastover, Ltd., Marlene Oilgisser,
Haresh Patel, Anastasios Drivas
Abingbury Investments Limited,
JMD International and Fard International
Trading Limited,

Counterclaim Plaintiffs,

vs.

Jon Kappes,

Additional Counterclaim Defendant.

**ORDER ALLOWING WITHDRAWAL OF JOHN C. JAMES AND JOHN M. JAMES**

Upon the Motion, and Affidavits of John C. James, and John M. James, the Court finds good cause per Local Rule 83.7 for withdrawal of local counsel for Defendants Frunzik Galstyan, and United Bank Open Joint Stock Company. The Court herewith permits

FILED APR 4 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

the withdrawal of local counsel of record, John C. James and John M. James, and by their motion have noticed withdrawal, effective as of the date hereof.

Further notices for Defendants Frunzik Galstyan and United Bank Open Joint Stock Company shall be sent to counsel Pro Hac Vice, Hassan Abbas at: Hoveniersstrat 2, Suite 232 - Box 344, B-2018 Antwerpen, Belgium

IT IS SO ORDERED

BY THE COURT:

Dated: April 4, 2003

THE HONORABLE ______________________